Dismissed and Memorandum Opinion filed January 5, 2006









Dismissed and Memorandum Opinion filed January 5,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01114 -CV

____________

 

BOARD OF
TRUSTEES OF 

GALVESTON INDEPENDENT SCHOOL
DISTRICT, Appellant

 

V.

 

EDWARD CLACK, Appellee

 



 

On Appeal from the
56th District Court

Galveston County,
Texas

Trial Court Cause
No.
05CV1199

 



 

M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from a temporary injunction
signed October 17, 2005.  On December 12,
2005, appellant filed a motion to dismiss the appeal in order to effectuate a
final settlement agreement between the parties. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 5, 2006.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.